IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ANGELA C. OWENS,<br>    Debtor,<br><br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>    Movant,<br><br>        v.<br><br>ANGELA C. OWENS and<br>KENNETH E. WEST, Trustee,<br>    Respondents, | Bankruptcy No. 21-13220-pmm<br><br><br>Chapter 13 |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

      Toyota Motor Credit Corporation has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2020 Toyota Sienna Passenger Van XLE. VIN# 5TDYZ3DC3LS026575.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

      1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before, **August 21, 2024**, you, or your attorney must do **all** of the following:

          (a) file an answer explaining your position at:

              Clerk, U.S. Bankruptcy Court
              Robert C. Nix Bldg. Suite 201
              900 Market Street
              Philadelphia, PA  19107

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

          (b) mail a copy to the movant's attorneys:

              Keri P. Ebeck, Esquire
              Bernstein-Burkley, P.C.
              601 Grant Street, 9th Floor
              Pittsburgh, PA  15219

      2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **September 11, 2024 at 1:00 P.M.** in Courtroom **#1**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Counsel for Toyota Motor Credit Corporation

Dated: August 7, 2024