IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ANGELA C. OWENS,<br>    Debtor, | Bankruptcy No. 21-13220-pmm<br><br>Chapter 13 |
| TOYOTA MOTOR CREDIT CORPORATION,<br>    Movant,<br><br>        v.<br><br>ANGELA C. OWENS and<br>KENNETH E. WEST, Trustee,<br>    Respondents, | |

CERTIFICATE OF SERVICE

     I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the August 7, 2024, I served copies of the Motion for Relief from the Automatic Stay and the Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Angela C. Owens<br>1012 Elsinor Place<br>Chester, PA 19013 | Zachary Perlick<br>1420 Walnut Street, Suite 718<br>Philadelphia, PA 19102 |

SERVICE VIA ELECTRONIC NOTIFICATION:

| | |
|---|---|
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

                                       By: /s/ Keri P. Ebeck
                                       Keri P. Ebeck, Esq.
                                       PA I.D. # 91298
                                       kebeck@bernsteinlaw.com
                                       601 Grant Street, 9th Floor
                                       Pittsburgh, PA 15219
                                       Phone (412) 456-8112
                                       Fax (412) 456-8135