IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANGELA C. OWENS<br>        Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORTATION,<br>        Movant,<br><br>      v.<br><br>ANGELA C. OWENS, and<br>KENNETH E. WEST, Trustee,<br>        Respondents. | Bankruptcy No. 21-13220-pmm<br><br>Chapter 13 |

## PRAECIPE TO RELIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Motor Credit Corporation (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1.    On August 7, 2024, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 67.

2.    On August 9, 2024, Angela C. Owens (the "Debtor") filed a *Response to Motion for Relief from the Automatic Stay* (the "Response") at Docket No. 70.

3.    On August 7, 2024, a Hearing was set on the Motion for Relief from the Automatic Stay. The Hearing was scheduled for September 11, 2024, then ultimately rescheduled to January 8, 2025.

4.    On January 8, 2025, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

RELIEF REQUESTED

5.Movant now requests that this Honorable Court relist the hearing on the Motion for Relief from the Automatic Stay for Thursday, March 5, 2025, at 1:00 p.m.

          Respectfully submitted,

          BERNSTEIN-BURKLEY, P.C.

          By: /s/ Keri P. Ebeck
          Keri P. Ebeck, Esq.
          PA I.D. #91298
          kebeck@bernsteinlaw.com
          601 Grant Street, 9th Floor
          Pittsburgh, PA 15219
          Phone (412) 456-8112
          Fax: (412) 456-8135

          *Counsel for Toyota Motor Credit Corporation*

Dated: February 7, 2025