IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANGELA C. OWENS<br>　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORTATION,<br>　　　Movant,<br><br>　　v.<br><br>ANGELA C. OWENS, and<br>KENNETH E. WEST, Trustee,<br>　　　Respondents. | Bankruptcy No. 21-13220-pmm<br><br>Chapter 13 |

## NOTICE OF HEARING DATE

　　Toyota Motor Credit Corporation has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on August 7, 2024, at Docket No. 67.

　　A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Patricia M. Mayers on **Wednesday, March 5, 2025, at 1:00 p.m.** in Courtroom **#1**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BERNSTEIN-BURKLEY, P.C.

　　　　　　　　　　　　　　　　　　　　By: /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　　　PA I.D. #91298
　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Phone (412) 456-8112

　　　　　　　　　　　　　　　　　　　　*Counsel for Toyota Motor Credit Corporation*