IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANGELA C. OWENS<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORTATION,<br>    Movant,<br><br>    v.<br><br>ANGELA C. OWENS, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 21-13220-pmm<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that February 7, 2025, I served a copy of the Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay and the Notice of Hearing by electronic mail at the following addresses and service by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Angela C. Owens**<br>1012 Elsinor Place<br>Chester, PA 19013 | **ZACHARY PERLICK**<br>1420 Walnut Street<br>Suite 718<br>Philadelphia, PA 19102 |

Service via electronic communication:

| | |
|---|---|
| **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |

    By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135