IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANGELA C. OWENS<br>   Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORTATION,<br>   Movant,<br><br>  v.<br><br>ANGELA C. OWENS, and<br>KENNETH E. WEST, Trustee,<br>   Respondents. | Bankruptcy No. 21-13220-pmm<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this 25th day of February, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge