**Fill in this information to identify the case:**

Debtor 1 **ANGELA C. OWENS**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania**
(State)

Case Number **21-13220-PMM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 5 7 4 9

**Property Address:**
1012 ELSINOR PLACE
Number Street

CHESTER PA 19013
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 664.98 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 664.98 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 664.98 |

## Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Kenneth E. West — Date 08/19/2026
Signature

Trustee: Kenneth E. West
First Name Middle Name Last Name

Address: 190 N. Independence Mall West, Suite 701
Number Street

Philadelphia PA 19106
City State ZIP Code

Contact phone (215) 627-1377 Email info@ph13trustee.com

Debtor 1 **ANGELA C. OWENS** Case Number **21-13220-PMM** 
Name

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 06/13/2023 | 3025860 | Disbursement To Creditor/Principal | 41.23 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 07/13/2023 | 3027012 | Disbursement To Creditor/Principal | 32.71 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 08/15/2023 | 3028155 | Disbursement To Creditor/Principal | 32.70 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 09/18/2023 | 3029333 | Disbursement To Creditor/Principal | 32.71 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 11/09/2023 | 3031334 | Disbursement To Creditor/Principal | 63.99 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 12/21/2023 | 4000245 | Disbursement To Creditor/Principal | 31.99 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 01/16/2024 | 4001097 | Disbursement To Creditor/Principal | 31.99 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 02/12/2024 | 4002012 | Disbursement To Creditor/Principal | 31.99 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 03/12/2024 | 4002935 | Disbursement To Creditor/Principal | 31.99 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 04/10/2024 | 4003854 | Disbursement To Creditor/Principal | 31.99 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 05/13/2024 | 4004762 | Disbursement To Creditor/Principal | 32.00 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 06/14/2024 | 4005686 | Disbursement To Creditor/Principal | 31.99 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 07/17/2024 | 4006643 | Disbursement To Creditor/Principal | 32.00 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 08/14/2024 | 4007579 | Disbursement To Creditor/Principal | 31.99 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 09/11/2024 | 4008424 | Disbursement To Creditor/Principal | 32.00 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 10/16/2024 | 4009285 | Disbursement To Creditor/Principal | 32.35 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 11/13/2024 | 4010211 | Disbursement To Creditor/Principal | 32.35 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 12/11/2024 | 4011054 | Disbursement To Creditor/Principal | 32.35 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 01/15/2025 | 4011899 | Disbursement To Creditor/Principal | 32.35 |
| 6 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 02/12/2025 | 4012768 | Disbursement To Creditor/Principal | 12.31 |
| | | | | | Total for Claim Number 6: | 664.98 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **664.98** |