United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-13220-pmm
Angela C. Owens Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 02, 2026 Form ID: 138OBJ Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela C. Owens, 1012 Elsinor Place, Chester, PA 19013-6315 |
| 14665295 | + | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 14653644 | + | Delcora Water, 100 East Fifth Street, Chester, PA 19013-4508 |
| 14831031 | + | FREEDOM MORTGAGE CORPORATION, C/O Michael Farrington, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15117969 | #+ | Falzone & Wyler, LLC, Thomas E. Wyler, Esquire, 22 East Third Street, Media, PA 19063-2907 |
| 14655974 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 15117971 | + | Generational Tribal Welath, LLC, Delores Ellison, President, 1510 S. WIlton Street, Philadelphia, PA 19143-5024 |
| 14653647 | + | Main Line Oncology Hematology, P.O. Box 780938, Philadelphia, PA 19178-0938 |
| 15117973 | + | Office of UC Benefits, Department of Labor & Industry, Office of Chief Counsel 651 Boas Street,, Harrisburg, PA 17121-0725 |
| 14653648 | + | PA Office of Unemployment Comp Ben, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 14653649 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14653651 | + | University of Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2026 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14653643 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 02:10:12 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14665294 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 02:10:19 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14656339 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2026 02:10:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14665296 | + | Email/Text: account.manager@chesterwater.com | Sep 03 2026 02:03:00 | Chester Water Authority, 415 Welsh Road, Chester, PA 19013-4595 |
| 14665298 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 03 2026 02:02:00 | Department of Labor and Industry, Bureau of UC Benefits and Allowances, P.O. Box 67503, Harrisburg, PA 17106 |
| 14653645 | | Email/Text: mrdiscen@discover.com | Sep 03 2026 02:02:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14655956 | | Email/Text: mrdiscen@discover.com | Sep 03 2026 02:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| | | | | |
|---|---|---|---|---|
| 14655975 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 03 2026 02:02:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14653646 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 03 2026 02:02:00 | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 14667052 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 03 2026 02:02:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-8022 |
| 14665651 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 03 2026 02:02:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 15117975 | + | Email/Text: bankruptcynotices@sba.gov | Sep 03 2026 02:02:00 | Small Business Administration, Office of Disaster Relief, 409 3rd Street S.W. Suite 6050, Washington, DC 20416-0011 |
| 14654522 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2026 02:10:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14653650 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 03 2026 02:02:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14666469 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 03 2026 02:02:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14666456 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2026 02:10:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14665293 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14759571 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 15117962 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 15117963 | *+ | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14759572 | *+ | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14759574 | *+ | Chester Water Authority, 415 Welsh Road, Chester, PA 19013-4595 |
| 15117965 | *+ | Chester Water Authority, 415 Welsh Road, Chester, PA 19013-4595 |
| 14759573 | *+ | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 15117964 | *+ | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 14759576 | *P++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751, address filed with court:, Department of Labor and Industry, Bureau of UC Benefits and Allowances, P.O. Box 67503, Harrisburg, PA 17106 |
| 15117967 | *P++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751, address filed with court:, Department of Labor and Industry, Bureau of UC Benefits and Allowances, P.O. Box 67503, Harrisburg, PA 17106 |
| 14665299 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14759577 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15117968 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14665297 | *+ | Delcora Water, 100 East Fifth Street, Chester, PA 19013-4508 |
| 14759575 | *+ | Delcora Water, 100 East Fifth Street, Chester, PA 19013-4508 |
| 15117966 | *+ | Delcora Water, 100 East Fifth Street, Chester, PA 19013-4508 |
| 14665300 | *+ | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 14759578 | *+ | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 15117970 | *+ | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 14665301 | *+ | Main Line Oncology Hematology, P.O. Box 780938, Philadelphia, PA 19178-0938 |
| 14759579 | *+ | Main Line Oncology Hematology, P.O. Box 780938, Philadelphia, PA 19178-0938 |
| 15117972 | *+ | Main Line Oncology Hematology, P.O. Box 780938, Philadelphia, PA 19178-0938 |
| 14665302 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14759580 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 15117974 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

| | | |
|---|---|---|
| 14665303 | * | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14759581 | * | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 15117976 | * | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14665304 | *+ | University of Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 14759582 | *+ | University of Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 15117977 | *+ | University of Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 0 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Angela C. Owens Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 93 − 92

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Angela C. Owens | ) | Case No. 21−13220−pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 2, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 2, 2026

For The Court

Mohung Wong
Clerk of Court