United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-13220-pmm

Angela C. Owens Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3

Date Rcvd: Oct 07, 2026 Form ID: 3180W Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela C. Owens, 1012 Elsinor Place, Chester, PA 19013-6315 |
| 14665295 | + | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 14653644 | + | Delcora Water, 100 East Fifth Street, Chester, PA 19013-4508 |
| 14831031 | + | FREEDOM MORTGAGE CORPORATION, C/O Michael Farrington, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15117969 | #+ | Falzone & Wyler, LLC, Thomas E. Wyler, Esquire, 22 East Third Street, Media, PA 19063-2907 |
| 14655974 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 15117971 | + | Generational Tribal Welath, LLC, Delores Ellison, President, 1510 S. WIlton Street, Philadelphia, PA 19143-5024 |
| 14653647 | + | Main Line Oncology Hematology, P.O. Box 780938, Philadelphia, PA 19178-0938 |
| 15117973 | + | Office of UC Benefits, Department of Labor & Industry, Office of Chief Counsel 651 Boas Street,, Harrisburg, PA 17121-0725 |
| 14653648 | + | PA Office of Unemployment Comp Ben, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 14653649 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14653651 | + | University of Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 08 2026 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Oct 08 2026 06:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 08 2026 01:58:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14653643 | | EDI: CAPITALONE.COM | Oct 08 2026 06:00:00 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14665294 | + | EDI: CAPITALONE.COM | Oct 08 2026 06:00:00 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14656339 | + | EDI: AIS.COM | Oct 08 2026 06:00:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14665296 | + | Email/Text: account.manager@chesterwater.com | Oct 08 2026 01:59:00 | Chester Water Authority, 415 Welsh Road, Chester, PA 19013-4595 |
| 14665298 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 08 2026 01:58:00 | Department of Labor and Industry, Bureau of UC Benefits and Allowances, P.O. Box 67503, Harrisburg, PA 17106 |
| 14653645 | | EDI: DISCOVER | Oct 08 2026 06:00:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |

| | | | | |
|---|---|---|---|---|
| 14655956 | | EDI: DISCOVER | Oct 08 2026 06:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14655975 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 08 2026 01:58:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14653646 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 08 2026 01:58:00 | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 14667052 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 08 2026 01:58:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-8022 |
| 14665651 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 08 2026 01:58:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 15117975 | + | Email/Text: bankruptcynotices@sba.gov | Oct 08 2026 01:58:00 | Small Business Administration, Office of Disaster Relief, 409 3rd Street S.W. Suite 6050, Washington, DC 20416-0011 |
| 14654522 | + | EDI: PRA.COM | Oct 08 2026 06:00:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14653650 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 08 2026 01:58:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14666469 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 08 2026 01:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14666456 | + | EDI: AIS.COM | Oct 08 2026 06:00:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14665293 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14759571 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 15117962 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14759572 | *+ | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15117963 | *+ | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14759574 | *+ | Chester Water Authority, 415 Welsh Road, Chester, PA 19013-4595 |
| 15117965 | *+ | Chester Water Authority, 415 Welsh Road, Chester, PA 19013-4595 |
| 14759573 | *+ | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 15117964 | *+ | Chester Water Authority, POB 71346, Philadelphia, PA 19176-1346 |
| 14759576 | *P++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751, address filed with court:, Department of Labor and Industry, Bureau of UC Benefits and Allowances, P.O. Box 67503, Harrisburg, PA 17106 |
| 15117967 | *P++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751, address filed with court:, Department of Labor and Industry, Bureau of UC Benefits and Allowances, P.O. Box 67503, Harrisburg, PA 17106 |
| 14665299 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14759577 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15117968 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14665297 | *+ | Delcora Water, 100 East Fifth Street, Chester, PA 19013-4508 |
| 14759575 | *+ | Delcora Water, 100 East Fifth Street, Chester, PA 19013-4508 |
| 15117966 | *+ | Delcora Water, 100 East Fifth Street, Chester, PA 19013-4508 |
| 14665300 | *+ | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 14759578 | *+ | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 15117970 | *+ | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 14665301 | *+ | Main Line Oncology Hematology, P.O. Box 780938, Philadelphia, PA 19178-0938 |
| 14759579 | *+ | Main Line Oncology Hematology, P.O. Box 780938, Philadelphia, PA 19178-0938 |

| | | |
|---|---|---|
| 15117972 | *+ | Main Line Oncology Hematology, P.O. Box 780938, Philadelphia, PA 19178-0938 |
| 14665302 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14759580 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 15117974 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14665303 | * | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14759581 | * | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 15117976 | * | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14665304 | *+ | University of Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 14759582 | *+ | University of Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 15117977 | *+ | University of Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 0 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Angela C. Owens Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Angela C. Owens<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7003 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 21–13220–pmm | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angela C. Owens

10/6/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- ♦ some debts which the debtors did not properly list;
- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**